UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CANWAY INTERNATIONAL ENTERPRISES LIMITED, | ) ) ) | CASE NO. CV 09-01694 RZ |
| Plaintiff, | ) ) | ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION |
| vs. | ) ) | |
| LA VILLITA, INC., ET AL., | ) ) | |
| Defendants. | ) ) | |

Federal subject matter jurisdiction must affirmatively appear from the complaint. The Complaint in this action grounds federal subject matter jurisdiction on diversity of citizenship. However, the allegations, as presently stated, are insufficient to establish diversity.

Plaintiff alleges that Defendant La Villita, Inc. is and was "a California corporation." Under 28 U.S.C. § 1332 (c)(1), a corporation is a citizen of the state in which it is incorporated and the state in which it has its principal place of business. The allegation that a corporation is "a California corporation" is a conclusion, not an averment of fact as to where it is incorporated. *Fifty Associates v. Prudential*, 446 F.2d 1187 (9th Cir. 1970). Thus, the allegations as to the defendant corporation do not affirmatively show diversity.

The individual defendants are alleged to "maintain[ ] a residence and/or principal place of business located within the jurisdictional boundaries of this Court." Residence, however, is not the same as citizenship. *Kanter v. Warner-Lambert Co.*, 265 F.3d 853, 857-58 (9th Cir. 2001); *Jeffcott v. Donovan*, 135 F.2d 213 (9th Cir. 1943). Nor does the location in which a person conducts business equate to citizenship. Thus, Plaintiff has not pleaded the citizenship of the individual defendants.

Thus, the Complaint does not affirmatively show subject matter jurisdiction. These matters may be correctable, however, and a party can amend to correct defective allegations of jurisdiction. 28 U.S.C. § 1653.

In accordance with the foregoing, Plaintiff shall show cause in writing, not later than March 27, 2009, why the action should not be dismissed for lack of subject matter jurisdiction. The filing of an amended complaint, correcting the jurisdictional deficiencies, shall discharge the Order to Show Cause.

IT IS SO ORDERED.

DATED: March 13, 2009

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE